NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


DANIEL ROBERT MILLER,    )
    )
    Appellant,    )
    )
v.    )    Case No. 2D17-3723
    )
STATE OF FLORIDA,    )
    )
    Appellee.    )
_____)

Opinion filed February 9, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court for
Pinellas County; William H. Burgess, III,
Judge.

N. Adam Tebrugge of Tebrugge Legal,
Bradenton, for Appellant.


PER CURIAM.

    Affirmed.


NORTHCUTT, VILLANTI, and SALARIO, JJ., Concur.